JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD L. MILLER, JR., | ) Case No. CV 15-01373 DOC (DTB) |
| Petitioner, | ) |
| vs. | ) **J U D G M E N T** |
| NEIL MCDOWELL, Warden, | ) |
| Respondent. | ) |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed with prejudice.

DATED: July 8, 2016

*David O. Carter*
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE